IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACY MUCKELMAN and ALLISON MUCKELMAN, | : | Civil Action No. 4:13-cv-00663 |
| Plaintiffs | : | (Judge Brann) |
| v. | : | |
| COMPANION LIFE INSURANCE COMPANY, | : | |
| Defendant. | : | |

**ORDER**

March 12, 2014

On January 15, 2014, Magistrate Judge Susan E. Schwab issued a Report and Recommendation in which she advised the Court to grant in part and deny in part defendant's motion to dismiss. (ECF No. 14) (hereinafter, the "R&R"). No party filed objections, so the Court has reviewed the R&R for clear error and conformity with well-established law. See Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987) (although Court is not required to review magistrate judge's report absent objections, "the better practice is for the district judge to afford some level of review to dispositive legal issues raised by the report") . The Court is

persuaded that Magistrate Judge Schwab's Report and Recommendation should be adopted in its entirety.

NOW, THEREFORE, this 12th day of March, 2014, IT IS HEREBY ORDERED that the January 15, 2014 Report and Recommendation (ECF No. 14) is ADOPTED; defendant's motion to dismiss (May 13, 2013, ECF No. 8) is GRANTED IN PART AND DENIED IN PART in conformity with the R&R;  and the case is REMANDED to Magistrate Judge Schwab.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge